PEOPLE *v.* BRAXTON

Appeal from Recorder's Court of Detroit, Robert L. Evans, J. Submitted Division 1 April 13, 1971, at Lansing. (Docket No. 9886.) Decided May 26, 1971.

Janiro Braxton was convicted, on his plea of guilty, of robbery unarmed. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Stuart L. Young,* for defendant on appeal.

Before: DANHOF, P. J., and QUINN and McGREGOR, JJ.

PER CURIAM. Defendant pled guilty to the crime of robbery unarmed[1] and takes this appeal from the acceptance of the plea. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

A review of the briefs and records in this cause make it manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Accordingly the motion to affirm is granted.

---

[1] MCLA § 750.530 (Stat Ann 1954 Rev § 28.798).